OAO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RECEIVED 2007 JUL -9 A 9:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HEWITT P. ROBERT, JR.
    Plaintiff

V.

    Defendants
HON. JAMES S GARRETT

HON. SUE BELL COBB, SUPREME COURT
HON. FREND SEE, JR., SUPREME COURT
HON. CHAMP LYONS, JR., SUPREME COURT
HON. THOMAS WOODALL, SUPREME COURT
HON. PATRICIA M. SMITH SUPREME COURT
HON. MICHAEL F. BOLIN, SUPREME COURT
HON. LYN STUART, SUPREME COURT
HON. TOM PARKER, SUPREME COURT
HON. GLENN MURDOCK, SUPREME COURT

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:07-CV-625-MHT

I, __Hewitt P. Robert, Jr.,__ declare that I am the (check appropriate box)
G petitioner/**plaintiff**/movant  G other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  G Yes   G (No)   (If "No," go to Part 2)
UNDER BOND WITHOUT JURISDICTION
If "Yes," state the place of your incarceration

Are you employed at the institution? Do you receive any payment from the institution?

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  G Yes   G (No) 

AO 240 Reverse (Rev. 10/03)

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. LAST EMPLOYED NOV. 2006, TAKE HOME WAS $550/week - AME. SERVICES - NORCO, LA.

3. In the past 12 twelve months have you received any money from any of the following sources?

a. Business, profession or other self-employment   G Yes    G **No**
b. Rent payments, interest or dividends            G Yes    G **No**
c. Pensions, annuities or life insurance payments  G Yes    G **No**
d. Disability or workers compensation payments     G Yes    G **No**
e. Gifts or inheritances                           G Yes    G **No**
f. Any other sources                               G Yes    G **No**

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  G **Yes**    G No
If "Yes," state the total amount. Less than $300.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, **automobiles** or any other thing of value?  G **Yes**    G No
There is presently a joint CD account that my father has set up with my name on it due to his age, however, he is very much alive and the money is very much his.
1994 FORD RANGER
If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE

I declare under penalty of perjury that the above information is true and correct.

_July 6, 2007_                                   _Hewitt P. Robert Jr_
Date                                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

    I have been declared indigent on May 8, 2007, in open court Lee County in these proceedings in an initial hearing presided over by Judge Calvin Milford of Chambers County and a copy of that record is on file in the Lee County, Alabama, Court.

*/s/ Hewitt P. Robert*
Hewitt P. Robert, Jr.
2404 Rue Saint Honore
Gretna, Louisiana 70056
251-463-2667