IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEWITT P. ROBERT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07CV625-MHT |
| JAMES GARRETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On July 26, 2007, Plaintiff, Hewitt P. Robert, Jr., filed a motion (Doc. #5) to enter into evidence a motion to dismiss he filed in Lee County (Doc.#5-2) as "proof of just exactly how far these people will go to protect lies" presented in previous litigation before the Honorable Charles Coody, United States Magistrate Judge. At this point in the litigation, the undersigned has recommended (Doc. #4) dismissal of Plaintiff's Complaint (Doc. #1) on its face; that Recommendation is still pending. Thus, the filing of this evidence is neither necessary nor appropriate at this time in the litigation. Moreover, the Court does not accept discovery from the parties. Accordingly, it is

ORDERED that Plaintiff's motion (Doc. #5) is DENIED without prejudice. It is further

ORDERED that the attached document (Doc. #5-2) is STRICKEN from the record. It is further

ORDERED that Plaintiff is to familiarize himself with the Federal Rules of Civil Procedure before submitting any further pleadings or motions to the Court and file his pleadings and motions in accordance with those rules. Plaintiff is hereby given NOTICE that the continuous filing of frivolous motions or pleadings could result in sanctions.

Done this 3rd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE