IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **HEWITT P. ROBERT, JR.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:07cv625-MHT |
| | ) | (WO) |
| **JAMES GARRETT, etc.,** | ) | |
| **et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging any further prosecution of him in state courts. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of August, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**